**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br>**AIDA IRIS GONZALEZ BERGODERE** <br><br>**xxx–xx–9272** <br><br><br>Debtor(s) | Case No. **19–06915 BKT** <br><br>Chapter **13** <br><br><br>FILED & ENTERED ON 7/21/20 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion for Leave to File Proof of Claim After Bar Date filed by Cooperativa de Ahorro y Credito de la Asociacion de Maestros de Puerto Rico, docket #35.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. The Trustee's Objection to Claim Number 6 (docket #32) becomes moot.
In San Juan, Puerto Rico, this Tuesday, July 21, 2020 .

Brian K. Tester
United States Bankruptcy Judge